# Court of Appeals
# of the State of Georgia

ATLANTA,  March 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0035.  DAKER v. GEORGIA DEPT. OF CORR.**

Upon consideration of Waseem Daker's motion for extension of time to file application for discretionary review, it is ordered that an extension be granted in the above-referenced case through and including March 22, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/08/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*